# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CASE NO. 4:19-CV-480-SDJ-KPJ |
| § | |
| $48,150.00 IN UNITED STATES § | |
| CURRENCY, § | |
| § | |
| Defendant. § | |

## MEMORANDUM ADOPTING REPORT AND
## RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On July 27, 2021, the Magistrate Judge entered proposed findings of fact and recommendations (the "Report") (Dkt. #19) that the United States' Motion for Default Judgment (the "Motion") (Dkt. #11) against the Defendant Property, $48,150.00 in United States currency seized from 1055 Somercotes Lane, Channelview, Texas 77530, be granted.

Having received the Report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

Accordingly, the United States' Motion (Dkt. #11) against the Defendant Property is hereby **GRANTED**, and all right, title, and interest in the Defendant Property is vested in the United States. The Defendant Property shall be disposed of according to law. The Court will enter final judgment under separate cover.

**So ORDERED and SIGNED this 26th day of August, 2021.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE